| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 19 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

v.

KRISTI NOEM; et al.,

    Defendants - Appellants.

No. 25-5724

D.C. No. 3:25-cv-01766-EMC
Northern District of California, San Francisco

ORDER

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

The appeal is hereby expedited.[1] The briefing schedule is amended as follows: (1) Defendants-Appellants are directed to file their Opening Brief by October 14, 2025; (2) Plaintiffs-Appellees are directed to file their Answering Brief by November 3, 2025; (3) Defendants-Appellants may file an optional Reply Brief by November 17, 2025.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances. The panel will schedule oral argument by separate order.

---

[1] The transcript of the district court's August 1, 2025 hearing on summary judgment has already been ordered and produced. The parties are directed to file a copy of the transcript with this Court.