UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al., Plaintiffs - Appellees, v. KRISTI NOEM; et al., Defendants - Appellants. | No. 25-5724 D.C. No. 3:25-cv-01766-EMC Northern District of California, San Francisco ORDER |

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

The Government's motion for a stay of proceedings is **DENIED**. The briefing schedule is amended as follows: (1) Defendants-Appellants are directed to file their Opening Brief by October 16, 2025; (2) Plaintiffs-Appellees are directed to file their Answering Brief by November 5, 2025; (3) Defendants-Appellants may file an optional Reply Brief by November 19, 2025.

No streamlined extensions of time will be approved. See 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances. The panel will schedule oral argument by separate order.