UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

 v.

KRISTI NOEM; et al.,

    Defendants - Appellants.

No. 25-5724

D.C. No.
3:25-cv-01766-EMC

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered January 28, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT