# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 2, 2026

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 0 8 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

FILED _____ _____
DOCKETED _____
　　　　　　　　　　DATE　　　　　　INITIAL

Re:　Markwayne Mullin, Secretary, Department of Homeland
　　　Security, et al.
　　　v. National TPS Alliance, et al.
　　　Application No. 25A1334
　　　(Your No. 25-5724)

Dear Clerk:

The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Kagan, who on June 2, 2026, extended the time to and including July
9, 2026.

This letter has been sent to those designated on the attached
notification list.

Sincerely,

Scott S. Harris, Clerk

by

Howard Cook
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526