# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 13, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Markwayne Mullin, Secretary, Department of Homeland
Security, et al.
v. National TPS Alliance, et al.
No. 26-48
(Your No. 25-5724)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 9, 2026 and placed on the docket July 13, 2026 as No. 26-48.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst