**FOR PUBLICATION**

FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NATIONAL TPS ALLIANCE; MARIELA GONZALEZ; FREDDY ARAPE RIVAS; M.H.; CECILIA GONZALEZ HERRERA; ALBA PURICA HERNANDEZ; E. R.; HENDRINA VIVAS CASTILLO; VILES DORSAINVIL; A.C.A.; SHERIKA BLANC,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA,

Defendants - Appellants.

No. 25-5724

D.C. No.
3:25-cv-01766-EMC
Northern District of California,
San Francisco

ORDER

Before: Kim McLane Wardlaw, Salvador Mendoza, Jr., and Anthony D. Johnstone, Circuit Judges

On October 5, 2026, the Supreme Court granted certiorari, vacated our previous decision in *Nat'l TPS All. v. Noem*, 166 F.4th 739 (9th Cir. 2026), and remanded this case to us for further consideration in light of *Mullin v. Doe*, 609 U.S. 324 (2026). That same day, the Government filed a motion to stay the district court's preliminary injunction pending appeal. *See* Dkt. 89. The Government requested that we grant a stay that goes into effect immediately upon issuance of the Supreme

Court's mandate on November 6, 2026, when the Supreme Court's present stay of the preliminary injunction expires. *Id.* The Government also requested an administrative stay in the event we denied the stay pending appeal. *Id.* We **GRANT** the Government's motion for an administrative stay for a duration of 14 days, beginning when the Supreme Court's judgment issues on November 6.[1] The Court shall set an expedited briefing schedule on the merits by separate order.

[1] Our previous order denying the Government's request for a stay is hereby withdrawn. Dkt. 94.