UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL TPS ALLIANCE; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; et al.,

Defendants - Appellants.

No. 26-187

D.C. No.
3:25-cv-01766-EMC
Northern District of California,
San Francisco

ORDER

NATIONAL TPS ALLIANCE; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; et al.,

Defendants - Appellants.

No. 25-5724

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

Appellants filed a motion to consolidate appeals in *National TPS Alliance, et al. v. Mullin*, *et al.*, No. 25-5724 and *National TPS Alliance, et al. v. Mullin*, *et al.*, No. 26-187. We **GRANT** this motion and instruct the parties to include discussion of issues raised in both appeals in the supplemental briefs we ordered on November 3, 2026 (Dkt. 98).