# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 6, 2026

Clerk
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

**Re: Mullin, Sec., DHS, et al.
v. Nat. TPS Alliance, et al.
No. 26-48 (Your docket No. 25-5724)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc: All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 6, 2026

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Mr. Ahilan T. Arulanantham, Esq.
UCLA School of Law
385 Charles Young Drive East
Los Angeles, CA 90095

**Re: Mullin, Sec., DHS, et al.**
**v. Nat. TPS Alliance, et al.**
**No. 26-48**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: 9th. Cir.
(Your docket No. 25-5724)

# Supreme Court of the United States

**No. 26-48**

**MARKWAYNE MULLIN, SECRETARY,**
**DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

Petitioners,

***v.***

**NATIONAL TPS ALLIANCE, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Mullin* v. *Doe*, 609 U. S. 324 (2026).

October 5, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States