UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL TPS ALLIANCE; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; et al.,

Defendants - Appellants.

No. 25-5724

D.C. No.
3:25-cv-01766-EMC
Northern District of California,
San Francisco

ORDER

NATIONAL TPS ALLIANCE; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; et al.,

Defendants - Appellants.

No. 26-187

D.C. No.
3:25-cv-01766-EMC

Northern District of California,
San Francisco

Before: WARDLAW, MENDOZA, Jr., and JOHNSTONE, Circuit Judges.

The Government’s motion for an administrative stay that expires seven days after the publication of our judgment is **GRANTED**.